UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

**JENNIFER RIOS**,

    Plaintiff,

**v.**

**FINANCIAL ASSET MANAGEMENT SYSTEMS**,

    Defendant.

Case No.: 2:07-CV-02370-FCD-DAD

## CONSENT JUDGMENT

This matter comes before the Court as a result of settlement of this action by virtue of an Offer of Judgment dated March 18, 2008 and accepted by the Plaintiff, which shall become effective upon entry of this Consent Judgment, and upon consent of Plaintiff, Jennifer Rios and Defendant, Financial Asset Management Systems, judgment is hereby entered on Plaintiff's claim, and it is hereby ORDERED, ADJUDGED, and DECREED that:

1. This Court has jurisdiction over the parties to this action and over the subject matter of the complaint;

2. As part of the terms of the offer of judgment ("Offer of Judgment"), Defendant, Financial Asset Management Systems, without admitting any liability or wrongful conduct, has agreed as follows: To allow judgment to be taken against it by the plaintiff for the sum of $6,000 (six thousand dollars), together with costs accrued through the date of service of Defendant's Offer of Judgment.

NOW THEREFORE, the Court having jurisdiction over the parties in the subject matter it is hereby ordered as follows:

1. Judgment is entered for the plaintiff in the amount of $6,000 (six thousand dollars);

2. All claims are dismissed with prejudice.

Dated: September 25, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

**Consented to by:**

 /s/  Mark S. Tratten, Esq.                              /s/ Melanie M. Norvell, Esq.

**MARK S. TRATTEN, ESQ.**
Ericksen, Arbuthnot, Kilduff, Day & Lindstrom, Inc.
100 Howe Avenue, Suite 110 South
Sacramento, CA  95825-8201
California Bar No. 119330
916-483-5181, ext. 215
mtratten@eakdl.com
Attorney for FAMS

**MELANIE M. NORVELL, ESQ.**
Bovis, Kyle & Burch, LLC
53 Perimeter Center East, Third Floor
Atlanta, GA  30346
Admitted Pro Hac Vice
770-391-9100
mmn@boviskyle.com

Attorney for FAMS

 /s/ Joshua Branden Swigart, Esq.

**JOSHUA BRANDEN SWIGART, ESQ.**
Hyde and Swigart
411 Camino Del Rio South, Suite 301
San Diego, CA  92108
619-233-7770
josh@westcoastlitigation.com
Attorney for Plaintiff